# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SADONNA CAMPBELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:17-cv-02156-SGC |
| CREDIT CORP. SOLUTIONS, INC. d/b/a TASMAN CREDIT CORP., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

A notice of voluntary dismissal has been filed in this action before the opposing party served either an answer or a motion for summary judgment. (Doc. 6). Accordingly, it is **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED WITH PREJUDICE**, each party to bear their own costs.

**DONE** and **ORDERED** this 29th day of March, 2018.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE